# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 22-15260

**Case Name:** The Estate of Isabella "Bella", et al v. Netflix, Inc.

**Counsel submitting this form:** Blanca F. Young

**Represented party/parties:** Netflix, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs the Estate of B.H., John Herndon, J.H., and T.H., on behalf of themselves and all others similarly situated, brought claims for strict liability, wrongful death, and negligence against Netflix, Inc. based on its dissemination of the fictional television series, 13 Reasons Why.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**   1   Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

> The district court granted Netflix's special motion to strike pursuant to California's anti-SLAPP statute, Cal. Code of Civ. Proc. § 425.16, as well as Netflix's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Because Plaintiffs agreed that amendment would be futile, the Court issued an order granting Netflix's motions without leave to amend and dismissing the case with prejudice.
>
> On appeal, the main issue is whether the district court properly granted Netflix's anti-SLAPP motion and motion to dismiss.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> N/A

**Signature** s/Blanca F. Young  **Date** March 2, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *2*  Rev. 12/01/2018