UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>NETFLIX, INC.,<br><br>        Defendant - Appellee. | No. 22-15260<br><br>D.C. No. 4:21-cv-06561-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

Appellants' opposed motion (Docket Entry No. 15) for an extension of time to file the opening brief is granted. The appellants' opening brief is due October 19, 2022; appellee's answering brief is due November 18, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7