**Office of the Clerk**
**UNITED STATES COURT of APPEALS for the NINTH CIRCUIT**
**95 Seventh Street,**
**Post Office Box 193939**
**San Francisco, California 94119-3939**

**Molly Dwyer, Clerk of Court** **(415) 355-8000**

October 20,2022

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Dear Mr. Garland:

In accordance with Federal Rule of Appellate Procedure 44 and 28 U.S.C. § 2403(b), we are certifying to the United States Attorney General a constitutional challenge to a federal statute raised in a pending appeal in which the United States is not a party.

The case is The Estate of Isabella Herndon v. Netflix, Inc., Ninth Circuit docket number 22-15260. The federal statute at issue is the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), and the Constitution's minimal-diversity requirement. See U.S. Cons. Art. III, § 2.

The attorneys are:

Andrew Grimm
Direct: 531-210-2381
Email: andrew@digitaljusticefoundation.org
[COR LD NTC Retained]
Digital Justice Foundation
15287 Pepperwood Drive
Omaha, NE 68154

Ryan Andrew Hamilton, Attorney
Email: ryan@hamlegal.com
[COR LD NTC Retained]
Hamilton Law LLC
5125 S. Durango
Suite C
Las Vegas, NV 89113

Gregory William Keenan, Counsel
Direct: 516-633-2633
Email: gregory@digitaljusticefoundation.org
[COR LD NTC Retained]
Digital Justice Foundation
81 Stewart Street

Floral Park, NY 11001

Rory Lawrence Stevens
Direct: 206-850-4444
Email: rorystevens@hotmail.com
[COR LD NTC Retained]
4303 SW Cambridge Street
Seattle, WA 98136

Cory Batza, Attorney General
Direct: 213-683-9574
Email: cory.batza@mto.com
[COR LD NTC Retained]
Munger, Tolles & Olson, LLP
350 S Grand Avenue
50th Floor
Los Angeles, CA 90071

Blanca Young, Attorney
Direct: 415-512-4019
Email: blanca.young@mto.com
Fax: 415-644-6919
[COR LD NTC Retained]
Munger Tolles & Olson, LLP
560 Mission Street
27th Floor
San Francisco, CA 94105

Jennifer Bryant, Attorney Direct: 213-683-9100
Email: jennifer.bryant@mto.com
Fax: 213-687-3702
[COR NTC Retained]
Munger, Tolles & Olson, LLP
350 S Grand Avenue
50th Floor
Los Angeles, CA 90071

FOR THE COURT:
Jeffrey Fisher
Staff Attorney/Deputy Clerk