| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 4 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

THE ESTATE OF ISABELLA "BELLA" HERNDON; et al.,

        Plaintiffs-Appellants,

 v.

NETFLIX, INC.,

        Defendant-Appellee.

No. 22-15260

D.C. No. 4:21-cv-06561-YGR
Northern District of California, Oakland

ORDER

The appellants' opposed motion (Docket Entry No. 20) for an extension of time to file the opening brief is granted.

The opening brief is due December 19, 2022. To facilitate timely submission of cases for decision, the court is not inclined to grant any further motions for extensions of time to file the opening brief.

The answering brief is due January 18, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS  10/31/2022/Pro Mo