## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

THE ESTATE OF ISABELLA "BELLA" HERNDON, JOHN HERNDON, J.H., a minor, AND T.H., a minor,

    *Plaintiff-Appellants*,

    v.

NETFLIX, INC.,

    *Defendant-Appellee*.

Civil Appeal No. 22-15260

**REPLY ON FINAL MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF & EXCERPTS OF RECORD**

In reply, there are three key points to clarify, most importantly that the present Motion is *unopposed*.

*First*, the Response confirms that the requested two-week extension is **unopposed**. See Opp. 2 ("Netflix does **not** oppose a two-week extension provided that this is the last and final extension." (emphasis added)).

*Second*, Plaintiffs' description of their intention to file a forthcoming overlength-brief motion is aligned with the protocols set forth Ninth Circuit Rule 32-2(a). See 9th Cir. R. 32-2(a) (instructing that an overlength motion should be filed with an attached declaration and attached copy of the proposed overlength brief "on or before the brief's due date" (emphasis added)).

*Third*, if the Court denies the overlength-brief motion, the ordinary a week or so of time to edit down the brief is doable, barring extenuating circumstances.

Date: December 21, 2022

Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for The Estate of Isabella "Bella" Herndon, John Herndon, J.H.*, a minor, *T.H.*, a minor

## CERTIFICATE OF COMPLIANCE

This Reply contains **318** words.

This Reply was prepared in Microsoft Word using Times New Roman 14-point font.

Date: December 21, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ Andrew Grimm*
　　　　　　　　　　　　　　　Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: December 21, 2022          Respectfully submitted,

                                        */s/ Andrew Grimm*
                                        Andrew Grimm