|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 30 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON; et al., | No. 22-15260 |
| Plaintiffs-Appellants, | D.C. No. 4:21-cv-06561-YGR<br>Northern District of California, Oakland |
| v. | ORDER |
| NETFLIX, INC., | |
| Defendant-Appellee. | |

Appellants' motion (Docket Entry No. 26) for an extension of time to file the opening brief is granted. The opening brief is due January 3, 2023. The answering brief is due February 2, 2023. The optional reply brief is due within 21 days after service of the answering brief.

Due to the length of prior extensions, no further motions for an extension of time to file the opening brief will be granted absent new extraordinary and compelling circumstances.

Failure to file the opening brief by January 3, 2023 may result in dismissal

MKS/MOATT

of this case for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Michelle Kim-Szrom
Deputy Clerk
Ninth Circuit Rule 27-7