|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 18 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON; et al., | No. 22-15260 |
| Plaintiffs-Appellants, | D.C. No. 4:21-cv-06561-YGR<br>Northern District of California, Oakland |
| v. | ORDER |
| NETFLIX, INC., | |
| Defendant-Appellee. | |

Appellants' motion to file an oversized opening brief (Docket Entry No. 31) is denied. See Circuit Advisory Committee Note to Rule 32-2 ("[m]otions to exceed the word limit will not be granted absent extraordinary and compelling circumstances"). The Clerk will strike the brief submitted at Docket Entry No. 35. On or before January 25, 2023, appellants shall submit an opening brief that complies with the length limits set forth in 9th Cir. R. 32-1. Due to the length of prior extensions, no further motions for an extension of time to file the opening brief will be granted absent new extraordinary and compelling circumstances. Failure to file the opening brief by January 25, 2023 may result in dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1.

The answering brief is due February 24, 2023. The optional reply brief is due within 21 days after service of the answering brief.

Appellee's motion to strike (Docket Entry No. 36) is denied.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jeffrey L. Fisher
Deputy Clerk
Ninth Circuit Rule 27-7