Appeal No. 22-15260

# United States Court of Appeals for the Ninth Circuit

The Estate of Isabella "Bella" Herndon; John Herndon; J.H., a minor; T.H., a minor;

*Plaintiff-Appellants*,

v.,

Netflix, Inc.,

*Defendant-Appellee.*

On Appeal from the United States District Court
For the Northern District of California

Case No. 4:21-cv-06561-YGR
The Hon. Yvonne Gonzalez Rogers, United States District Judge

MOTION BY CINDY KU
FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE
IN SUPPORT OF APPELLANTS

Cindy Ku
415-691-7447
731 Market St, Ste 200
San Francisco, CA 94103
Ckuku17@gmail.com

## MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE

Pursuant to Federal Rule of Appellate Procedure Rule 29(a)(3), Cindy Ku hereby seeks leave of this Court to file the attached brief of amicus curiae in support of Appellants.

### A. Movant Cindy Ku's Interest in the Case

I, Cindy Ku, have an interest in mental health issues, and the impact that emerging technologies like the internet, social media and the use by corporate interests of data collected on individuals, has on our society. I feel strongly about companies acting ethically and responsibly with the information that they hold about their customer base.

### B. Value of Cindy Ku's Amicus Curie Brief to this Appeal

I, Cindy Ku, am a professional working in tech-based startups and software-as-a-service providers, over the last 10 years. I have first-hand knowledge of how companies use social media, and algorithms to data-mine the information they collect on their users, in order to reach their target audiences for strategic outcomes.

### C. Consent

The Appellants in this case have given me, Cindy Ku, their consent to file the proposed amicus curiae brief. The Appellee has been emailed to provide their consent and they have not, as of this filing, provided that consent.

### D. Conclusion

Per the reasons outlined above, I, Cindy Ku, respectfully submit this amicus brief of my support for the Appellants.

WHEREFORE, amicus curie, I, Cindy Ku, respectfully request that the Court grant this motion for leave to file the proposed brief of amicus curiae.

Sincerely,

/s/ *Cindy Ku*

Cindy Ku

415-691-7447

731 Market St, Ste 200

San Francisco, CA 94103

Ckuku17@gmail.com