# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON, JOHN HERNDON, J.H., a minor, AND T.H., a minor,<br><br>*Plaintiff-Appellants*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant-Appellee*. | Civil Appeal No. 22-15260 |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANTS' REPLY BRIEF

Pursuant to Federal Rules of Appellate Procedure 2, 26, and 27, and to Ninth Circuit Rule 31-2.2, Plaintiff-Appellants the Estate of Isabella "Bella" Herndon, John Herndon, J.H., a minor, and T.H., a minor, hereby respectfully request and move for a 60-day extension of time to file their Appellants' Reply Brief, up to and including, **September 29, 2023**, for the reasons that follow.

This is a wrongful-death and survivor action that arose out of the death of a 15-year-old girl. The Plaintiff-Appellants are her surviving father and brothers. Their appeal was docketed in late February, 9th Cir. Dkt. 1-1 (Time Schedule Order), and then entered the Ninth Circuit's Mediation Program shortly thereafter, 9th Cir. Dkt. 5 (Mediation Assessment Order). Then, after it left the mediation program in September 2022, the Opening Brief was first submitted on January 3, 2023, 9th Cir. Dkt. 31, with a corrected version filed on February 6, 2023, 9th Cir. Dkt. 45.

1

The Answering Brief was submitted on June 9, 2023. 9th Cir. Dkt. 61. Currently, the Reply Brief is due on July 31, 2023, and for a number of reasons, Appellants' counsel need additional time to research, draft, complete, and submit the Reply Brief.

There are *four* key reasons that justify an extension of time to brief this appeal that are discussed in further detail below:

(1) **Reciprocity Among Counsel**: Appellants' counsel have generously assented and not opposed lengthy extension for Appellee's counsel. Also, Appellants' counsel also understand that this extension request is unopposed—as detailed in the declaration below.

(2) **Highly Complex Appeal**: This is an extraordinarily complex appeal involving novel questions of law, cutting-edge technology, and the deaths of many children. Appellants' counsel are nonprofit appellate counsel who seek out complex appeals in cases where persons are underserved by private markets and this is by far the most complex appeal we have been involved in.

(3) **Heavy Press of Business**: Appellants' nonprofit have been extraordinarily busy with a number of complex and labor-intensive appeals, including appeals before this Court. For example, we have multiple opening briefs due between now and early August and a Ninth Circuit oral argument on August 16.

(4) **<u>Family Vacation</u>**: Lead appellate counsel had a family vacation that left the other appellate counsel in this appeal both trying to fulfill his ordinary workload and take on the work of the other one. This left appellate counsel with al of work to make up now that lead appellate counsel is back.

\* \* \* \* \*

For all of these reasons stated above and in the declaration below, Plaintiff-Appellants, the survivors of decedent 15-year-old Bella Herndon, respectfully request 60 additional days to complete their Reply Brief and appreciate the consideration of the Court of their request. For the foregoing reasons, a 60-day extension request is respectfully sought for the Reply Brief, up to and including **September 29, 2023**.

Date: July 24, 2023                              Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for The Estate of Isabella "Bella" Herndon, John Herndon, M.H.*, a minor, *T.H.*, a minor

## 9TH CIR. RULE 31-2.2(b) DECLARATION OF COUNSEL

I, Andrew Grimm, a counsel for Plaintiff-Appellants the Estate of Isabella "Bella" Herndon, John Herndon, J.H., a minor, and T.H., a minor, hereby declare and attest to the following in support of a 60-day extension of time to file their Appellate Reply Brief:

(1) *Current Deadline*: The Reply Brief is currently due on July 31, 2023. 9th Cir. Dkt. 70 (docket order).

(2) *Original Deadline*: The Reply Brief was originally due on June 30, 2023. See Fed. R. App. P. 31(a)(1) ("21 days after service of the appellee's brief"); 9th Cir. Dkt. 61 (Appellee's Brief submitted June 9, 2023). Then, Appellants' streamlined extension request was approved, extending the deadline until July 31, 2023. 9th Cir. Dkt. 70 (docket order).

(3) *Length of Extension*: Appellants seek a 60-day extension of time for their Reply Brief, until September 29, 2023.

(4) *Reasons for Extension*: There are five reasons for extension that are described in detail above.

    a. I understand this 60-day extension request to be unopposed, as discussed below. In any event, this is a reciprocal extension as I assented on behalf of my clients to substantial extension for the other side.

4

  b. I believe this appeal is highly complex. I focus my career on what I consider to be complex appeals and this is by far the most complex appeal I have been involved in—with a number of novel issues and

  c. I work at a small nonprofit that tries to serve the neediest of clients and those that the private market will not serve. My co-counsel and I have been extraordinarily busy in this time period, especially because lead appellate counsel had a family vacation and that left me with substantial additional demands while he was on vacation.

 (5) *Representation of Diligence*: I believe that my co-counsel and I have exercised reasonable diligence in the prosecution of this appeal and that and my co-counsel will work very hard on this appeal in the extension timeframe that is now being requested.

 (6) *Position of Other Parties*: Mr. Max Rosen, counsel for Appellee Netflix, Inc., has stated the following in response to my inquiry regarding his client's position on this extension request: "Netflix agrees to a final 60-day extension of Appellants' reply brief deadline. Netflix will intend to oppose any further extension that would provide Appellants more than 120 days to draft a reply, however." I understand Mr. Rosen's response to mean that this extension request is **unopposed**,

5

but that any further extensions would be opposed. To the extent, however, that this response could be read as non-opposition being conditioned upon it being a final extension request, Appellants do not agree that they will not seek a further extension request under any circumstances. That said, we will endeavor to make this our last extension request as a courtesy to opposing counsel, but given the complexity of this appeal, we cannot commit to that result.

(7) *Transcript Status*: The court reporter is not in default with respect to any transcripts.

(8) *Reciprocity and Counsel*: Neither the undersigned nor any counsel at the Digital Justice Foundation has ever opposed an extension request by an opposing counsel in any form. We generally maintain a policy and practice of offering additional time—beyond the time requested—to opposing counsel as a matter of professionalism, courtesy, and in the interest of matters being decided on the merits. I have gladly assented on behalf of my clients to reciprocal extensions for Defendant-Appellee and its lawyers.

I hereby declare that the above statements that I made in this Declaration are true to the best of my knowledge and belief, and that I understand that these statements are made for use in a court proceeding and are subject to penalty for perjury.

Date: July 24, 2023 Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This Motion contains **1,297** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: July 24, 2023   Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: July 24, 2023             Respectfully submitted,

                                */s/ Andrew Grimm*
                                Andrew Grimm