UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant - Appellee. | No. 22-15260 <br><br> D.C. No. 4:21-cv-06561-YGR <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |

Appellants' motion (Docket Entry No. 80) for an extension of time to file the reply brief is granted. The reply brief is now due on or before September 29, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT