# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-15260

**Case Name** The Estate of Isabella "Bella", et al. v. Netflix, Inc.

**Hearing Location** (*city*) San Francisco

**Your Name** Blanca F. Young

List the sitting dates for the two sitting months you were asked to review:

December 4-8, 2023; December 11-14, 2023; and January 8-12, 2024.

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel has a 7-10 day jury trial scheduled before Judge Tigar in the United States District Court for the Northern District of California commencing on December 4 and will be unavailable for the December argument dates on the Court's calendar. Counsel is available on the January argument dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Blanca F. Young       **Date** 8/18/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                                                    *New 12/01/2018*

## CERTIFICATE OF SERVICE

I, Blanca F. Young, hereby certify that on this 18th day of August, 2023, copies of the foregoing FORM 32. RESPONSE TO NOTICE OF CASE BEING CONSIDERED FOR ORAL ARGUMENT was served via U.S. Mail, on the following:

Cindy Ku
731 Market Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 691-7447
Email: Ckuku17@gmail.com

Michal Lavi
Hadar Jabotinsky Center for Interdisciplinary Research of Financial Markets,
  Crisis and Technology
29 Ha'Oren Street
P.O. Box 80
Timrat, 3657600 ISRAEL
Email: michal24000@walla.com

/s/ Blanca F. Young
Blanca F. Young