# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s)** 22-15260

**Case Name** The Estate of Isabella "Bella" Herndon v. Netflix Inc.

The Clerk is requested to award costs to *(party name(s))*:

Appellants The Estate of Isabella "Bella" Herndon et al.

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** /s/ Andrew Grimm       **Date** 5/27/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED (each column must be completed) | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | 3 | 1,316 | $0.10 | $394.80 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 6 | 105 | $0.10 | $63.00 |
| Reply Brief / Cross-Appeal Reply Brief | 6 | 50 | $0.10 | $30.00 |
| Supplemental Brief(s) | 0 | 0 | $0.00 | $0.00 |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee | | | | $0.00 |
| | | | **TOTAL:** | $487.80 |

***Example:*** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:
No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10); TOTAL: 4 x 500 x $.10 = $200.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 10                                                                           Rev. 12/01/2021

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON, JOHN HERNDON, J.H., a minor, AND T.H., a minor,<br><br>  *Plaintiffs-Appellants*,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>  *Defendant-Appellee*. | Civil Appeal No. 22-15260 |

**MEMORANDUM IN SUPPORT OF BILL OF COSTS**

  Appellants respectfully request that this Honorable Court tax against Appellee **$487.80** in appellate costs incurred, pursuant to Rule 39 of the Federal Rules of Appellate Procedure.

  This Bill of Costs is timely. The appellate bill of costs is due "within 14 days after entry of judgment[.]" Fed. R. App. P. 39(d)(1). Here, this Honorable Court entered a dispositive order on May 13, 2025. 9th.Cir.Dkt.144. Accordingly, an appellate bill of costs filed on or before May 27, 2025, is timely. See Fed. R. App. P. 39(d)(1).

  Appellants are entitled to taxation of their appellate costs. Appellate costs are awarded as the appellate "court orders[.]" Fed. R. App. 39(a). Here, the U.S. Supreme Court GVR'd – *i.e.*, it granted cert, vacated, and remanded in light of intervening precedent. 9th.Cir.Dkt.125.

1

Then, the U.S. Supreme Court ordered recovery of costs in Appellants' favor. 9th.Cir.Dkt.133 at 3 ("**IT IS FURTHER ORDERED** that the petitioners, The Estate of Isabella "Bella" Herndon, et al., recover from Netflix, Inc., Three Hundred Dollars ($300.00) for costs herein expended."). That order regarding the taxation of costs issued by a higher court governs whether and what party is entitled to the taxation of appellate costs by the lower courts. See City of San Antonio v. Hotels.com, L.P., 593 U.S. 330, 338 (2021).[1] Given the Supreme Court's order, Appellants are entitled to appellate costs.

The specific category of costs sought here are for the "cost of producing necessary copies of a brief or appendix[.]" See Fed. R. App. P. 30(c). True and correct pdf copies of the FedEx printing receipts are appended to this filing for the Court's review in determining taxable costs. The Ninth Circuit sets a maximum taxable cost at "10 cents per page, or at actual cost, whichever is less." 9th Cir. R. 39-1.3; see Fed. R. App. 39(c).

Actual costs exceed 10 cents per page, so Appellants are requesting the maximum taxable rate.

---

[1] Then, this Honorable Court further remanded the case to the District Court for consideration of the intervening authority, 9th.Cir.Dkt.144, largely mirroring the posture upon which the U.S. Supreme Court has ordered the recovery of appellate costs.

2

Date: May 27, 2025            Respectfully submitted,

                                         */s/ Andrew Grimm*
                                         Andrew Grimm
                                         DIGITAL JUSTICE FOUNDATION
                                         15287 Pepperwood Drive
                                         Omaha, Nebraska 68154
                                         (531) 210-2381
                                         Andrew@DigitalJusticeFoundation.org

                                         *Attorney for The Estate of Isabella "Bella" Herndon, John Herndon, M.H.*, a minor, *T.H.*, a minor

## CERTIFICATE OF COMPLIANCE

This filing contains **505** words. This filing was prepared in Microsoft Word using Times New Roman 14-point font.

Date: May 27, 2025            Respectfully submitted,

                                         */s/ Andrew Grimm*
                                         Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit via electronic filing.

Date: May 27, 2025            Respectfully submitted,

                                         */s/ Andrew Grimm*
                                         Andrew Grimm

 Andrew Grimm <andrew.b.grimm@gmail.com>

**FedEx Office® Print On Demand—Order Completion (Order 2010440674964201)**

no-reply.ecommerce@fedex.com <no-reply.ecommerce@fedex.com>   Tue, Mar
Reply-To: no-reply.ecommerce@fedex.com
To: Andrew Grimm <Andrew.B.Grimm@gmail.com>

FedEx

## This is an automated response. Please do not reply to this email. ##

Dear Andrew Grimm,

Thank you for choosing FedEx Office. This email confirms your order has been completed and shipped based on your instructions.

If you have any questions concerning your order, please call the FedEx Office store that produced the order and ask for the Project Coordinator. For your reference, your order number is 2010440674964201.

If you have questions about this order (or other comments or concerns regarding FedEx Office), please contact a team member at **1.800.GoFedEx** 1.800.463.3339.

ORDER -- SUMMARY DETAILS

Order Number: 2010440674964201

Order Price

Subtotal: $632.77

Shipping: $0.00
OR
Shipping: Charged to your FedEx Account for shipping ending in

Tax: $54.58

Total: $687.35

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number: 2010440674964201

FedEx Office Store Producing Order: 13413 Poway Rd Poway CA 92064 4713 US

Phone: 858.679.3600

Email: usa2702@fedex.com

Order Completion Date: Mar 15, 2023 at 11:59 PM

Documents: Custom & More (3) Custom & More (3) Custom & More (3) Custom & More (3) Custom & More (3) Custom & More (3) Custom & More (3) Custom & More (3)

Recipient: for the 9th Cir, U S Ct of Appeals

Shipping Address: 95 Seventh Street Clerk s Office, San Francisco, California, United States, 94103

Delivery Method FedEx Ground US - 2 Business Day(s): OrderNumber=2010440674964201

Price: $632.77
Shipping: $0.00
Tax: $54.58

Thank you. We look forward to the opportunity to work with you again.

 This email has been sent to: Andrew.B.Grimm@Gmail.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

Case: 22-15260, 05/27/2025, ID: 12930263, DktEntry: 147, Page 6 of 10

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

 Andrew Grimm <andrew.b.grimm@gmail.com>

---

**FedEx Office® Print On Demand—Order Completion (Order 2010354348742127)**
2 messages

---

**no-reply.ecommerce@fedex.com** <no-reply.ecommerce@fedex.com> Mon, Mar
Reply-To: no-reply.ecommerce@fedex.com
To: Andrew Grimm <Andrew.B.Grimm@gmail.com>

FedEx

## This is an automated response. Please do not reply to this email. ##

Dear Andrew Grimm,

Thank you for choosing FedEx Office. This email confirms your order has been completed and shipped based on your instructions.

If you have any questions concerning your order, please call the FedEx Office store that produced the order and ask for the Project Coordinator. For your reference, your order number is 2010354348742127.

If you have questions about this order (or other comments or concerns regarding FedEx Office), please contact a team member at **1.800.GoFedEx** 1.800.463.3339.

ORDER -- SUMMARY DETAILS

Order Number: 2010354348742127

Order Price

Subtotal: $110.88

Shipping: $0.00
OR
Shipping: Charged to your FedEx Account for shipping ending in

Tax: $9.56

Total: $120.44

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number: 2010354348742127

FedEx Office Store Producing Order: 13413 Poway Rd Poway CA 92064 4713 US

Phone: 858.679.3600

Email: usa2702@fedex.com

Order Completion Date: Mar 15, 2023 at 11:59 PM

Documents: Custom & More (6)

Recipient: for the 9th Circuit, U S Ct of Appeals

Shipping Address: 95 Seventh Street Clerk s Office, San Francisco, California, United States, 94103

Delivery Method FedEx Ground US - 2 Business Day(s): OrderNumber=2010354348742127

Price: $110.88
Shipping: $0.00
Tax: $9.56

Thank you. We look forward to the opportunity to work with you again.

 This email has been sent to: Andrew.B.Grimm@Gmail.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

---

**no-reply.ecommerce@fedex.com** <no-reply.ecommerce@fedex.com>  Mon, Mar 13, 2023 at 5:52 PM
Reply-To: no-reply.ecommerce@fedex.com
To: Andrew Grimm <Andrew.B.Grimm@gmail.com>

[Quoted text hidden]

 Andrew Grimm <andrew.b.grimm@gmail.com>

**FedEx Office® Print On Demand—Order Confirmation**

**no-reply.ecommerce@fedex.com** <no-reply.ecommerce@fedex.com> Fri, De
Reply-To: no-reply.ecommerce@fedex.com
To: Andrew.B.Grimm@gmail.com



## This is an automated response. Please do not reply to this email. ##

Hi Andrew Grimm,

We've got it from here! Thanks for choosing FedEx Office.

If you need to cancel this order, please contact us at 1.800.GoFedEx or 1.800.463.3339 as soon as possible.

We look forward to working with you again soon!

## ORDER SUMMARY
Order Number: 2010515702620517
Click your order number for more information.

| FedEx Office (1 item) | Qty | Price |
|---|---|---|
| Copies & Custom Documents | 6 | $95.34 |
| **Shipping Method:** FedEx Local Delivery® | | $19.99 |
| | Items (1) | $81.04 |
| | Shipping | $19.99 |
| | **Total Discount** | **-$14.30** |
| | Promo Discount | -$14.30 |
| | Tax | $8.71 |
| | Total | $109.74 |

Order Placed On: Dec 01, 2023 at 06:54 AM CST

If you have questions about your order, please call 1.800.463.3339.

| Customer Information | Shipping Information | Payment |
|---|---|---|
| **Contact** | **Address** | **Payment Method** |
| Andrew Grimm<br>Andrew.B.Grimm@Gmail.com<br>5312102381 | U S Court of Appeals for the Ninth Circuit<br>Appeal No 22 15260<br>95 Seventh Street, San Francisco, California 94103 1526<br>**Contact**<br>U S Court of Appeals for the Ninth Circuit | Payment by: Credit Card<br>*ending in *2298*<br>**Billing Address**<br>Gregory Keenan<br>1323 SE 52nd Avenue, Portland, Oregon, United States, 97215 |

This email has been sent to: Andrew.B.Grimm@Gmail.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. Find information on fraud and security. All rights reserved.