FILED

JUL 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant-Appellee. | No. 22-15260 <br><br> D.C. No. 4:21-cv-06561-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Before: MILLER, BADE, and VANDYKE, Circuit Judges.

Defendant-Appellee Netflix's motion, dkt. 152, objecting to the taxing of Plaintiff-Appellants' bill of costs is GRANTED. The parties shall bear their own costs. *See* Fed. R. App. P. 39(a)(4).